UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONIEKA CANARIO, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class*,

                        Plaintiffs,

       -against-

VALLEY SHEPHERD LLC, et al.,

                        Defendants.
------------------------------------------------------------x

ORDER

17 Civ. 6416 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       April 2, 2018

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge